UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MARTIN HENDERSON, | No. 2:17-cv-2121 DB P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

On October 12, 2017, plaintiff, a state prisoner proceeding pro se, filed a letter with the court asking it to allow him to be permanently housed in a single cell. (See ECF No. 1). At that time, plaintiff had filed no other pleadings. On December 4, 2017, the court denied plaintiff's request and ordered him to file a formal civil rights complaint in this court within thirty days. (See ECF No. 5). To assist plaintiff, the court directed that its form for filing a civil rights action, as well as an application to proceed in forma pauperis be sent to plaintiff. (See id.).

On December 22, 2017, plaintiff filed a motion for an extension of time until March 5, 2018 to file his complaint and in forma pauperis documents. (ECF No. 6). In support of this request, plaintiff lists the effects of his mental health illnesses, his current lack of access to his administrative appeals and legal paperwork, as well as his search for an attorney to represent him in the instant matter as factors that warrant such a large extension of time. (See ECF No. 6).

////

Good cause appearing, the court will grant plaintiff an extension of time to file an amended complaint and his in forma pauperis documents. The court, however, has an obligation to manage its docket in an expeditious manner. See, e.g., Link v. Wabash, 370 U.S. 626, 629-31 (1962) (stating federal court power to dismiss action for failure to prosecute is necessary to prevent undue delay in disposition of pending cases and avoid congestion in district courts); see generally Goodyear Tire & Rubber Co. v. Haeger, 137 S. Ct. 1178, 1186 (2017) (citing Link). For this reason, the court shall grant plaintiff a sole sixty-day extension of time to file an amended complaint and his in forma pauperis documents.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 6) is GRANTED, and

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint and an application to proceed in forma pauperis.

No further extensions of time will be granted absent exigent circumstances. Plaintiff is also cautioned that failure to file an amended complaint within the time frame granted in this order may result in a dismissal of his case for failure to prosecute.

Dated: January 5, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/hend2121.36amc