UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WILLIAM MARTIN HENDERSON, | No. 2:17-cv-02121 DB P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CDCR DIRECTOR et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed a second request that preliminary injunction and/or temporary restraining orders issue. (See ECF No. 18). For the reasons stated below, the court will deny the request as moot.

On January 5, 2018, plaintiff filed a motion for preliminary injunction and motion for temporary restraining order ("TRO"). (ECF No. 11). On March 5, 2018, the court denied the motions on the grounds that they were premature given: (1) jurisdiction had yet to attach because defendants had yet to be served, and (2) plaintiff had failed to clearly show that immediate and

////

1

irreparable injury, loss or damage would result to him prior to defendants being heard in opposition. (See ECF No. 16).

On March 19, 2018, the court's order denying plaintiff's preliminary injunction and temporary restraining order motions was returned as undeliverable. On March 23, 2018, plaintiff filed a notice of change of address as well as the instant request that the court address his preliminary injunction and temporary restraining order motions that had been filed on January 5, 2018. (See ECF Nos. 17, 18). Given that the court has already addressed the motions and denied them (see ECF No. 16), the court denies the instant request.

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 23, 2018 request that his January 5, 2018 preliminary injunction and temporary restraining order motions be addressed (ECF No. 18) is DENIED as moot.

DATED: April 23, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/hend2121.48a(2)