UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MARTIN HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN, et al.,<br><br>Defendants. | No. 2:17-cv-2121 DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 6, 2020, the court directed plaintiff to file an amended complaint within thirty days. (ECF No. 26). More than thirty days have passed, and plaintiff has neither complied with the court's order, nor communicated with the court in any way. As a result, within thirty days of the date of this order, plaintiff shall show cause why this action should not be dismissed for failure to prosecute and for failure to obey a court order. See Fed. R. Civ. P. 41(b); see also L.R. 110.

////

////

////

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall inform the court as to why this matter should not be dismissed for failure to prosecute and for failure to obey a court order.

Plaintiff is warned that failure to respond to this order within the time specified may result in a recommendation that this action be dismissed.

Dated: April 13, 2020

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/hend2121.osc.fac